**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 13, 2015

Hon. Ricardo J. Navarro
Attorney at Law
701 E. Harrison, Suite 100
Harlingen, TX 78550
* DELIVERED VIA E-MAIL *

Hon. George Durham III
Attorney at Law
517 West Nolana, #6
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00517-CV
Tr.Ct.No. CL-15-0914-A
Style:    Brooks Ditto, Billy Pembleton, and Karina Castaneda v. Judith Campos and
            Jessy Campos

Appellant's motion to consolidate two related appeal cases into one appeal case number was this day GRANTED IN PART AND DENIED IN PART by this Court. The motion is granted for purposes of briefing only and denied as to consolidation into one cause number.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch